# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2011

142044-5 & (56)(60)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

ROBERT LEE REDDEN,
          Defendant-Appellant.
_____/

SC: 142044
COA: 295809
Oakland CC: 2009-009020-AR

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

TOREY ALISON CLARK,
          Defendant-Appellant.
_____/

SC: 142045
COA: 295810
Oakland CC: 2009-009020-AR

On order of the Court, the defendants' motion to withdraw their joint application for leave to appeal the September 14, 2010 judgment of the Court of Appeals is considered, and it is GRANTED. The motion to strike is DENIED as moot.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2011

_____
Clerk

y0615